IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH McDOUGLE                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:17-cv-264-WHB-JCG

HINDS COUNTY, MISSISSIPPI, ET AL.                           DEFENDANTS

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

In accordance with the September 29, 2017, Order of Dismissal, by which the claims alleged by Plaintiff in this lawsuit were dismissed without prejudice:

IT IS HEREBY ORDERED that the above referenced case is dismissed without prejudice to the parties.

IT IS FURTHER ORDERED that the Clerk of Court is directed to place a copy of this Final Order of Dismissal Without Prejudice in the United States Mail addressed as follows:

        Joseph McDougle
        3142 Shirley Drive
        Jackson, MS 39212

SO ORDERED this the 29th day of September, 2017.


                        s/ William H. barbour, Jr.
                        UNITED STATES DISTRICT JUDGE